FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-15-00014-CV

## Trial Court No. 13-0984-A

**East Texas Medical Center d/b/a East Texas Medical Center Emergency Medical Services**

**Vs.**

**Jody Delaune Individually and as Personal Representative of the Estate of Crystal Delaune, Deceased and as Next Friend of D. D., D. D. and D. A. D., Minors**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Motion fee | $10.00 | Bridget Miciotto |
| Reporter's record | $6,933.75 | Mr. Stanley Thiebaud |
| Clerk's record | $1,147.10 | Unknown |
| Supreme Court chapter 51 fee | $50.00 | Bridget Miciotto |
| Filing | $100.00 | Bridget Miciotto |
| Indigent | $25.00 | Bridget Miciotto |
| Required Texas.gov efiling fee | $20.00 | Bridget Miciotto |
| **TOTAL:** | $8,285.85 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 1st day of December 2017, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk